**MADAR LAW CORPORATION**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
14410 Via Venezia # 1404
San Diego, CA 92129-1666
Telephone: (858) 299-5879
Fax: (619) 354-7281

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JASON GEIGER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATRIX WARRANTY SOLUTIONS, INC., DOES,<br><br>Defendants. | Case No.: 8:19-cv-00971<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES** |

**PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement, at which point Plaintiff will file a Notice of Dismissal ("Dismissal") with the Court.

Plaintiff respectfully requests that the parties are given 30 days to file said Dismissal. Accordingly, Plaintiff respectfully requests that the Court vacate all

further deadlines, including Defendant's responsive pleading deadline of July 29, 2019.

Plaintiff is filing this Notice and Motion with Defendant's approval and permission.

Dated: July 24, 2019          Respectfully submitted,

**MADAR LAW CORPORATION**

By:    s/ ALEX S. MADAR\_\_\_\_
       ALEX S. MADAR
       ATTORNEY FOR PLAINTIFF