**Madar Law Corporation**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
14410 Via Venezia #1404
San Diego, CA 92129
Telephone:  858-299-5879
Fax:  619-354-7281

Attorneys for Jason Geiger

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| **Jason Geiger,**<br>**Individually and on Behalf**<br>**Of All Others Similarly Situated,**<br><br>          **Plaintiff,**<br><br>     **vs.**<br><br>**MATRIX WARRANTY**<br>**SOLUTIONS, INC.,**<br>**DOES,**<br><br>          **Defendants.** | **Civil Case No. 8:19-cv-00971**<br><br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(i)** |

          Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Jason Geiger, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated this 29th day of July, 2019.

                    **MADAR LAW CORPORATION**

                    /S/ *Alex S. Madar*
                         Alex S. Madar, Esq.
                         Attorney for Plaintiff
                         JASON GEIGER